IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DESHONTA MCLEAN<br>Plaintiff | : | CIVIL ACTION |
| v. | : | |
| CAROLYN W. COLVIN,<br>Acting Commissioner of the<br>Social Security Administration,<br>Defendant | : | NO. 13-1330 |

**FILED**

MAR 21 2014

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 20th day of MARCH, 2014, after careful review and independent consideration of Plaintiff's request for review, Defendant's response and review of the Report and Recommendation of Carol Sandra Moore Wells, Chief United States Magistrate Judge, it is hereby ORDERED that:

(1) The Report and Recommendation is APPROVED and ADOPTED;

(2) The Plaintiff's Request for Review is GRANTED in part and DENIED in part;

(3) The case be REMANDED to the Commissioner of the Social Security Administration to allow the Administrative Law Judge ("ALJ") to conduct additional proceedings consistent with the Report and Recommendation. On remand, the ALJ shall: (a) consider Plaintiff's asthma, bipolar disorder and obesity; (b) reconsider Dr. Napalinga's December 10, 2010 assessment; (c) consider Ms. Smutzler's June 23, 2010 report; (d) reassess Plaintiff's residual functional capacity, considering all of her mental and physical limitations; and (e) if necessary, pose hypothetical questions to the vocational expert which take into account all of Plaintiff's credible limitations.

It is so ORDERED.

_____
JOEL H. SLOMSKY, J.

**ENTERED**

MAR 21 2014

**CLERK OF COURT**